J. Paul Gignac (CSB #125676)
Kiley L. Grombacher (CSB# 245960)
**ARIAS OZZELLO & GIGNAC** LLP
4050 Calle Real, Suite 130
Santa Barbara, California 93110
Telephone: (805) 683-7400
Facsimile: (805) 683-7401
j.paul@aogllp.com

John B. Richards (CSB #175882)
**LAW OFFICE OF JOHN B. RICHARDS**
137 E. Anapamu Street
Santa Barbara, California 93101
Telephone: (805) 683-2736
Facsimile: (805) 965-5698
jbr@jbrlaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STUART HUTCHISON and BARBARA HUTCHISON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AT&T INTERNET SERVICES, INC. f/k/a SBC INTERNET SERVICES, INC., a Delaware corporation and Subsidiary of AT&T, INC; YAHOO! INC., a Delaware corporation; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: C07-05797 (RS) <br><br> **CLASS ACTION** <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Case No.: C07-05797     1

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE

Dated: November 27, 2007                    ARIAS OZZELLO & GIGNAC LLP

By: _____
J. Paul Gignac
Kiley L. Grombacher
**ARIAS OZZELLO & GIGNAC LLP**
4050 Calle Real, Suite 130
Santa Barbara, California 93110
Telephone: (805) 683-7400
Facsimile: (805) 683-7401
j.paul@aogllp.com

John B. Richards
**LAW OFFICE OF JOHN B. RICHARDS**
137 E. Anapamu Street
Santa Barbara, California 93101
Telephone: (805) 683-2736
Facsimile: (805) 965-5698
jbr@jbrlaw.com

Attorneys for Plaintiffs

Case No.: C07-05797                              2

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**