# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

I am employed in the State of California, County of Santa Barbara. I am over the age of eighteen and am not a party to the within action; my business address is 4050 Calle Real, Suite 130, Santa Barbara, CA 93110. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

On **November 27, 2007**, I served the foregoing document described as**: DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on the interested parties in this action by transmitting [ ] the original [✔] a true copy thereof as follows:

[  ]    **(BY FAX)** I hereby certify that this document was served by facsimile delivery on the parties listed herein at their most recent fax number of record in this action on _____from Santa Barbara, California.

[  ]    **(BY OVERNIGHT DELIVERY)** I am "readily familiar" with this firm's practice of collection and processing correspondence for express mailing. Under that practice, overnight packages are enclosed in a sealed envelope with a packing slip attached thereto with postage thereon fully prepaid. The packages are deposited in the office of the building for overnight pickup in the ordinary course of business, addressed as follows:

[  ]    **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the parties named herein.

[✔]    **(BY MAIL), as follows:** I deposited the envelopes for mailing in the ordinary course of business at Santa Barbara, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, the sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business, with postage thereon fully prepaid at Santa Barbara, California, addressed as follows:

YAHOO! INC.                                AT&T INTERNET SERVICES, INC.
c/o Corporation Trust Company              c/o Corporation Trust Company
Corporation Trust Center                   Corporation Trust Center
1209 Orange Street                         1209 Orange Street
Wilmington, DE 19801                       Wilmington, DE 19801

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this **November 27, 2007** at Santa Barbara, California.

J. Paul Gignac                                 s/ J. Paul Gignac
Type or Print Name                             Signature