**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

RECEIVED
DEC 10 2007

December 03, 2007

J. Paul Gignac
Arias Ozzello & Gignac, LLP
4050 Calle Real, Suite 130,
Santa Barbara, CA 93110

Re: Stuart Hutchinson and Barbara Hutchinson, on behalf of themselves and all others similarly situated, Pltfs. vs. AT&T Internet Services, Inc., etc., et al., Dfts.

Case No. C07 05797 JF

Dear Sir/Madam:

We are herewith returning the Summons, Return of Service Form, Cover Sheet, Complaint, Certification, Order Setting Conference and Deadlines (2 sets), Orders(s), Consent Form (2 sets), Request Form (3 sets), Schedule, Attachment(s), Notice, Notice and Request, Waiver Form, Certification Form, Stipulation Form and Proposed Order, Proof of Service which we received regarding the above captioned matter.

AT&T Internet Services, Inc. is not listed on our records or on the records of the State of DE.

Very truly yours,

Amy Carmenucci
Process Specialist

Log# 512837900

FedEx Tracking # 7914 4712 9851

cc: Northern District: United States District Court
    Burton U.S. Courthouse,
    450 Golden Gate Ave.,
    16th Floor,
    San Francisco, CA 94102