J. Paul Gignac (CSB #125676)
Kiley L. Grombacher (CSB# 245960)
**ARIAS OZZELLO & GIGNAC LLP**
4050 Calle Real, Suite 130
Santa Barbara, California 93110
Telephone: (805) 683-7400
Facsimile: (805) 683-7401
j.paul@aogllp.com

John B. Richards (CSB #175882)
**LAW OFFICE OF JOHN B. RICHARDS**
137 E. Anapamu Street
Santa Barbara, California 93101
Telephone: (805) 683-2736
Facsimile: (805) 965-5698
jbr@jbrlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| STUART HUTCHISON and BARBARA HUTCHISON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T INTERNET SERVICES, INC. f/k/a SBC INTERNET SERVICES, INC., a Delaware corporation and Subsidiary of AT&T, INC; YAHOO! INC., a Delaware corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: C07-05797 (RS)<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION RE: VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>[F.R.CIV.P. 41(a)(1)] |

**WHEREAS** the parties have entered into an agreement providing for the voluntary dismissal of the claims alleged in this action by plaintiffs Stuart Hutchison and Barbara Hutchison ("Plaintiffs") against defendants AT&T INTERNET SERVICES, INC. f/k/a SBC INTERNET SERVICES, INC.and YAHOO! INC. (together, "Defendants") without prejudice and with each party bearing his/her/its own attorneys' fees and costs; and

1                                                                 Case No.: C07-05797
JOINT STIPULATION RE: VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

**WHEREAS**, because no class has been certified in this action, the Court's approval of the dismissal is not required pursuant to Rule 23(e)(1)(A) of the Federal Rules of Civil Procedure,

**NOW, THEREFORE, PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE, IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned counsel of record, that this action shall be and hereby is dismissed without prejudice and that each party shall bear its own attorneys' fees and costs incurred in connection with this action.

IT IS SO STIPULATED.

Dated: December 14, 2007         ARIAS OZZELLO & GIGNAC LLP

By: _____
J. Paul Gignac
Attorneys for Plaintiffs


CROWELL & MORING LLP

By: _____
Steven P. Rice
Attorneys for Defendants