## PROOF OF SERVICE

## UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

I am employed in the State of California, County of Santa Barbara. I am over the age of eighteen and am not a party to the within action; my business address is 4050 Calle Real, Suite 130, Santa Barbara, CA 93110. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

On **December 17, 2007**, I served the foregoing document described as: **JOINT STIPULATION RE: VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** on the interested parties in this action by transmitting [ ] the original [✔] a true copy thereof as follows:

[  ]  **(BY FAX)** I hereby certify that this document was served by facsimile delivery on the parties listed herein at their most recent fax number of record in this action on __ from Santa Barbara, California.

[  ]  **(BY OVERNIGHT DELIVERY)** I am "readily familiar" with this firm's practice of collection and processing correspondence for express mailing. Under that practice, overnight packages are enclosed in a sealed envelope with a packing slip attached thereto with postage thereon fully prepaid. The packages are deposited in the office of the building for overnight pickup in the ordinary course of business, addressed as follows:

[  ]  **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the parties named herein.

[✔]  **(BY MAIL), as follows:** I deposited the envelopes for mailing in the ordinary course of business at Santa Barbara, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, the sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business, with postage thereon fully prepaid at Santa Barbara, California, addressed as follows:

Steven P. Rice, Esq.
Theresa C. Lopez, Esq.
Crowell & Moring, LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
(949) 263-8400 phone
(949) 263-8414 fax
srice@crowell.com

John B. Richards
LAW OFFICE OF JOHN B. RICHARDS
137 E. Anapamu Street
Santa Barbara, California 93101
Telephone: (805) 683-2736
Facsimile: (805) 965-5698
jbr@jbrlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this **December 17, 2007** at Santa Barbara, California.

Yvonne M. Laraneta
Type or Print Name

*Yvonne M. Laraneta*
Signature